FILED
SUPERIOR COURT
OF GUAM

2022 AUG 29 PM 12: 37

CLERK OF COURT



## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| IN THE MATTER OF THE GUARDIANSHIP OF THE PERSON AND ESTATE | Special Proceedings Case No. SP0087-20 |
| OF<br><br>LUCIA G. MCDONALD,<br>DOB: 11/29/1926<br><br>An incompetent person. | DECISION AND ORDER GRANTING DOLORES M. PANGELINAN'S MOTION TO WITHDRAW PETITION FOR APPOINTMENT OF GUARDIANS OF THE PERSON AND ESTATE OF AN INCOMPETENT PERSON |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on August 15, 2022 for hearing on Dolores M. Pangelinan's Motion to Withdraw Petition for Appointment of Guardians of the Person and Estate of an Incompetent Person ("Motion"). Attorney Georgette Concepcion represents Dolores M. Pangelinan, and Attorney Jacqueline Terlaje represents Lucia G. McDonald. Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **GRANTS** Dolores M. Pangelinan's Motion.

## BACKGROUND

On June 29, 2020, Dolores M. Pangelinan and Claire M. Meno (collectively the "Petitioners") filed a Petition for Appointment of Guardians of the Person and Estate of an Incompetent Person ("Petition") out of concern for their mother Lucia G. McDonald's well-being. See Petition (Jun. 29, 2020). The Petitioners sought to serve as Lucia's guardians because Lucia suffers from severe dementia and is unable to manage her own financial, legal, or medical affairs. Id.

On February 26, 2021, the Court temporarily appointed Marcelene Santos as Lucia's public guardian. See Order for Temporary Appointment of Guardian (Mar. 3, 2021). However, Lucia

Decision and Order Granting Dolores M. Pangelinan's Motion to Withdraw Petition for Appointment of Guardians of the Person and Estate of an Incompetent Person
SP0087-20, *In the Mater of the Guardianship of the Person and Estate of Lucia G. McDonald*
Page 1 of 4

appealed the order to the Supreme Court of Guam. See Notice of Appeal (Mar. 18, 2021). The proceedings were then stayed until the Supreme Court of Guam made their determination on Lucia's appeal. See Order for Stay of Proceedings (Mar. 26, 2021).

On March 24, 2021, the Petitioners gave notice of their withdrawal of the Petition. See Notice of Withdrawal of Petition (Mar. 24, 2021). The Petitioners no longer wished to serve as Lucia's guardians, believing it to be in Lucia's best interest if someone else acted as her primary caregiver. See Declaration of Claire M. Meno (Mar. 26, 2021); Declaration of Dolores M. Pangelinan (Mar. 26, 2021). The Supreme Court of Guam then remanded this matter back to the Superior Court for the limited purpose of addressing the Withdrawal of Petition. See Order for Limited Remand (Feb. 1, 2022).

On March 1, 2022, Claire M. Meno informed the Court that she was withdrawing her Withdrawal of Petition, and does in fact want to continue petitioning for appointment of guardianship over Lucia. See Withdrawal of Withdrawal of Petition (Mar. 1, 2022). Claire made this decision to ensure Lucia receives proper care. Id.

On March 31, 2022, Lucia filed her Opposition to Motion to Withdraw Petition ("Opposition"). Lucia objects on the grounds that the withdrawal was inconsistent with the Guam Rules of Civil Procedure and was made solely for the improper purposes of delaying the proceedings and increasing litigation costs. See Opposition at 1 (Mar. 31, 2022).

On April 13, 2022, Dolores M. Pangelinan filed her Reply to Lucia's Opposition ("Reply"). Dolores claims her withdrawal was done for the proper purpose of preserving her health and Lucia's estate. See Reply at 1-3 (Apr. 13, 2022). Dolores also claims GRCP Rule 41 does not apply to this particular situation, as the GRCP applies only to "trials, new trials, appeals, records on appeal, and all other matters of procedure." Id. at 3.

The Court held a hearing on August 15, 2022. After hearing the arguments of the parties, the Court took the matter under advisement.

Decision and Order Granting Dolores M. Pangelinan's Motion to Withdraw Petition for Appointment of Guardians of the Person and Estate of an Incompetent Person
SP0087-20, *In the Mater of the Guardianship of the Person and Estate of Lucia G. McDonald*
Page **2** of 4

# DISCUSSION

## I. Legal Standard:

Rule 41(a)(1) of the Guam Rules of Civil Procedure allows plaintiffs to voluntarily dismiss a petition only when no answer has been filed or by a stipulation among all parties to dismiss. See GRCP 41(a)(1). Rule 41(a)(1) does not apply here because Lucia has already objected to and answered to the Petition, and the parties have not stipulated to dismiss. See Objection to Competency Proceedings (Jan. 22, 2021).

However, the Court can also dismiss petitions "at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper." See GRCP 41(a)(2).

All motions made outside a hearing or trial shall be made in writing and "shall state with particularity the grounds therefor, and shall set forth the relief or order sought." See GRCP 7(b)(1).

## II. Withdrawal of the Petition is proper because Dolores M. Pangelinan's withdrawal states with particularity the grounds therefor, and was not made for an improper purpose.

In her withdrawal, Dolores M. Pangelinan clearly states the she is withdrawing her Petition based on Lucia's beliefs that Dolores's filing of the Petition constitutes "bulling" behavior. See Declaration of Dolores M. Pangelinan at 1 (Mar. 26, 2021). In fact, Lucia has threatened to seek a protective order against Dolores if Dolores tries to contact or visit her. See Reply at 2 (Apr. 13, 2022). Dolores is thus scared that Lucia would waste a great deal of money on legal representation if Dolores were to continue pursuing her Petition. Id. at 2.

Additionally, Dolores has made it clear that the drama caused by this Petition has negatively affected her health. See Declaration of Dolores M. Pangelinan at 1 (Mar. 26, 2021). The Petition has caused Dolores's siblings and Lucia to act out against Dolores, causing her a great deal of stress. Id. at 2-3.

Decision and Order Granting Dolores M. Pangelinan's Motion to Withdraw Petition for Appointment of Guardians of the Person and Estate of an Incompetent Person
SP0087-20, *In the Mater of the Guardianship of the Person and Estate of Lucia G. McDonald*
Page 3 of 4

There is nothing to suggest that Dolores filed her Withdrawal of Petition in bad faith. The Court thus finds it proper to dismiss Dolores's Petition on the real and legitimate grounds she presented.

## CONCLUSION

For the reasons stated above, the Court **GRANTS** Dolores M. Pangelinan's Motion to Withdraw Petition. However, this Court's jurisdiction continues over Claire M. Meno's reinstituted Petition for appointment of guardianship over Lucia based on the fact that Lucia is an incompetent person unable to care for herself. This matter will remain stayed until Lucia's appeal before the Supreme Court of Guam is decided. This Court will proceed with Meno's Petition once the Supreme Court of Guam remands the case back down. Lucia will remain a temporary ward of the Public Guardian Marcelene Santos in the meantime.

**IT IS SO ORDERED** this ___August 29, 2022___.

_____
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

Decision and Order Granting Dolores M. Pangelinan's Motion to Withdraw Petition for Appointment of Guardians of the Person and Estate of an Incompetent Person
SP0087-20, *In the Mater of the Guardianship of the Person and Estate of Lucia G. McDonald*
Page 4 of 4